# Court of Appeals
# of the State of Georgia

ATLANTA,__September 14, 2016__

*The Court of Appeals hereby passes the following order:*

**A17D0042.  SHELTON LEE v. THE STATE.**

In 2006, Shelton Lee was convicted of one count of aggravated sexual battery and two counts of sexual assault.  His convictions were affirmed on appeal.  See *Lee v. State*, 286 Ga. App. 368 (650 SE2d 320) (2007).  Lee subsequently filed an "Extraordinary Motion for New Trial," which the trial court denied in an order dated March 25, 2016.  Lee then filed this application for discretionary appeal on August 16, 2016 seeking review of that order.  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal made beyond 30 days.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, Lee filed his application 144 days after the trial court's order was entered. Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____09/14/2016_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*